United States District Court
Southern District of Texas
**ENTERED**
April 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PAMELA ANAI CARRILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 7:23-CV-00307 |
| | § | |
| TEXAS JUVENILE JUSTICE | § | |
| DEPARTMENT, JANE DOE, JOHN DOE, | § | |
| ROSY MORENO and WILLIAM KHEL, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 29, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 16). Judge Bray made findings and conclusions and recommended that Plaintiff's Motion for Default Judgment, (Dkt. No. 15 at 2), be denied, and that Defendant Texas Juvenile Justice Department ("TJJD") and Defendant Rosy Moreno's Motion to Dismiss, (Dkt. No. 8), be granted. (Dkt. No. 16).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 16) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Default Judgment, (Dkt. No. 15 at 2), is **DENIED**;

(3) Defendant TJJD and Defendant Rosy Moreno's Motion to Dismiss, (Dkt. No. 8), is **GRANTED**;

(4) Plaintiff's Title VII claims against Defendant TJJD are **DISMISSED WITHOUT PREJUDICE**;

(5) Plaintiff's Title VII claims against Defendants Rosy Moreno, John Doe, Jane Doe, and William Khel are **DISMISSED WITH PREJUDICE**;

(6) Plaintiff's §§ 1983, 1981, 1985(3), and 1986 claims against Defendants TJJD, Rosy Moreno, and John and Jane Doe in their official capacities are **DISMISSED WITHOUT PREJUDICE;**

(7) Plaintiff's claims against Defendants Rosy Moreno and John and Jane Doe in their individual capacities are **DISMISSED WITH PREJUDICE**; and

(8) Plaintiff's claims against Defendant William Khel are **DISMISSED WITH PREJUDICE**.

It is SO ORDERED.

Signed on April 29, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**